# THE LAW OFFICE OF ELIZABETH E. MACEDONIO
---------------------------------------------- ATTORNEY AT LAW ----------------------------------------------

42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NEW YORK 11361

TELEPHONE: (718) 279-3770
FAX: (718) 281-0850
Email: emacedonio@yahoo.com

July 20, 2012

**Via ECF**

Honorable Joseph F. Bianco
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

        Re:  United States v. Heriberto Martinez
               10 Cr. 074 (S4) (JFB)

Dear Judge Bianco:

      With the consent of the Government, this letter is written to request a one week extension of the motion schedule previously set by the Court.

      Under the current schedule motions on behalf of Mr. Martinez are to be submitted by July 20, 2012 and the Government is to respond by August 16, 2012. It is requested that the undersigned be permitted to submit motions on July 27, 2012 with the Government's response due on August 23, 2012.

      I thank Your Honor for his consideration in this matter.

                                  Respectfully submitted,

                                  ***Elizabeth E. Macedonio***

                                  Elizabeth E. Macedonio
                                  *Counsel for the Defendant*
                                  *Heriberto Martinez*

cc: All Parties Via ECF